Jeffrey Robinson (4129)
West Jordan City Attorney
David M. Bernstein (8301)
Civil Litigator
8000 South Redwood Road
West Jordan, Utah 84088
Telephone: (801) 569-5140
Facsimile: (801) 569-5149
jeffr@wjordan.com
davidb@wjordan.com

---

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| GARRY PENNINGTON, et al., | : | **MOTION TO STRIKE AND** |
| Plaintiffs, | : | **MOTION TO DISMISS** |
| vs. | : | Case No. 2:10-cv-497 |
| CITY OF WEST JORDAN, et al., | : | Judge Dee Benson |
| Defendants. | : | |
| | : | |

Pursuant to DUCivR 7-1 and Fed. R. Civ. P. 12(b)(6), defendants, City of West Jordan (the "City"), West Jordan Police Department (the "WJPD"), Police Chief Ken McGuire ("McGuire") and Sergeant Travis Rees ("Rees") (collective referred to as the " WJCity Defendants"), respectfully submit this combined Motion to Strike and Motion to Dismiss. The WJCity Defendants move to strike paragraphs 31, 32, 71, 75, 76, 82, 83, 84, 85, 86, 90, 91, 92, 93, 94, 123, 124, 125, 127, 130, 131, 132, 133 and 135 of the amended complaint because they are conclusory and are not supported by any facts alleged in the amended complaint. Furthermore, the WJ City Defendants move to dismiss the amended complaint in its entirety

1

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because plaintiffs have failed to allege: (1) the violation of a constitutional right; (2) a clearly established constitutional right; (3) a constitutional right and the violation of such a right with the necessary specificity; (4) any action by the WJCity Defendants violating any constitutional rights; and (5) a protected property interest individual to plaintiffs.

Furthermore, the WJCity Defendants are entitled to qualified immunity, and the WJPD is not a proper party to this action and plaintiffs' amended complaint should be dismissed.

Respectfully submitted this 28th day of October, 2010.


_____/s/_____
Jeffrey Robinson
West Jordan City Attorney
David Bernstein
Civil Litigator
Attorneys for City of West Jordan

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2010, I electronically filed this combined

**MOTION TO STRIKE AND MOTION TO DISMISS** for defendants, City of West Jordan,

West Jordan Police Department, Chief Ken McGuire and Sergeant Travis Rees, with the Clerk of

the Court using the CM/ECF System, which will send notification of the filing to the following:

Aaron J. Prisbrey
Elizabeth B. Grimshaw
1090 East Tabernacle Street
St. George, UT 84770

Allan L. Larson
Heather S. White
Snow, Christensen & Martineau
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, UT 84145

Peter Stirba
Julia D. Kyte
Stirba & Associates
215 South State Street, Suite 750
P.O. Box 810
Salt Lake City, UT 84110-0810

Dennis C. Ferguson
Williams & Hunt
257 East 200 South, Suite 500
P.O. Box 45678
Salt Lake City, UT 84145-5678

Nicholas M. D-Alesandro
T.J. Tsakalos
Salt Lake County District Attorney's Office
2100 S. State, Suite S3700
Salt Lake City, UT 84190

Dan R. Larsen
Adam C. Buck
Snell & Wilmer
15 W. South Temple, Suite 1200
Beneficial Tower
Salt Lake City, UT 84101

_____/s/_____