Jeffrey Robinson (4129)
West Jordan City Attorney
Stuart Williams (8995)
Deputy City Attorney
8000 South Redwood Road
West Jordan, Utah 84088
Telephone: (801) 569-5140
Facsimile: (801) 569-5149
jeffr@wjordan.com
stuartw@wjordan.com

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

MAR 24 2011

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| GARRY PENNINGTON, et al., | : | **ORDER TO DISMISS** |
|---|---|---|
| Plaintiffs, | : | |
| vs. | : | |
| CITY OF WEST JORDAN, et al., | : | Case No. 2:10-cv-497 |
| Defendants. | : | Judge Dee Benson |

Based upon the parties' Stipulated Motion to Dismiss and good cause appearing therefore;

IT IS HEREBY ORDERED:

The City of West Jordan, the West Jordan Police Department, Police Chief Ken McGuire, and Sergeant Travis Rees are dismissed with prejudice.

DATED this 23rd day of March, 2011.

BY THE COURT:

Dee Benson

Honorable Dee Benson
United States Federal Judge